ACCEPTED
05-15-01286-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/26/2015 5:47:27 PM
LISA MATZ
CLERK

Cause No. DC-14-03547

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/26/2015 5:47:27 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| JGMS INVESTMENTS LLC | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff | § | |
| | § | |
| Vs. | § | DALLAS COUNTY, TEXAS |
| | § | |
| NANCY JEAN PETTERSON | § | |
| | § | |
| Defendant | § | 44th DISTRICT COURT |

NANCY JEAN PETTERSON

Vs

JGMS INVESTMENTS LLC and
EL COPPELL LLC

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW NANCY PETTERSON, Defendant/Third Party Plaintiff, and files this her Notice

of Appeal of the final judgment, rendered on September 4, 2015, to the 5th Court of Appeals,

Dallas, Texas.

Respectfully submitted,

LAW OFFICES OF KENNETH S. HARTER

/s/ Kenneth S. Harter
Kenneth S. Harter
State Bar ID 09155300

1620 E. Beltline Rd.
Carrollton, Tx. 75006
(972) 242-8887
FAX (972) 446-7976
kenharter@tx.rr.com

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on counsel via the Court's e-filing system on this the 21st day of October, 2015.


/s/ Kenneth S. Harter
Kenneth S. Harter